Kym S. Cushing
Nevada Bar No. 4242
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
300 South 4th St., 11th Floor
Las Vegas, NV 89101-6014
Tel: (702) 727-1400
Fax: (702) 727-1401
Kym.Cushing@wilsonelser.com
Erica.Kelly@wilsonelser.com

Stephen L. Nelson
California Bar No. 74836
*Admitted Pro Hac Vice*
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990
Fax: (415) 434-1370
Stephen.Nelson@wilsonelser.com

Attorneys for Plaintiff
COMMERCE & INDUSTRY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY,<br><br>                  Plaintiff,<br>vs.<br><br>STARWOOD MANAGEMENT, LLC, et al.,<br><br>                  Defendants. | CASE NO. 2:12-CV-01219-APG-CWH<br><br>**UNOPPOSED MOTION TO EXTEND THE TIME FOR FILING OF THE JOINT PRETRIAL ORDER – FIRST REQUEST**<br>**[PROPOSED ORDER]**<br><br>**DATES**:<br>Current: October 13, 2014<br>Requested: December 12, 2014 |

Plaintiff, Commerce & Industry Insurance Company, hereby moves the court for an order extending the time for the parties to file the joint pretrial order in this case. Plaintiff's motion for summary judgment (40) was heard and was denied by the court on September 12, 2014 (49). The order directed the parties to file the joint pretrial order by October 13, 2014 – 30 days following the denial of the motion. The parties need additional time to fully and properly comply with the

1
Plaintiff's Unopposed Motion for Extension of Time to File Joint Pretrial Order
USDC NEVADA CASE NO.: 2:12-CV-01219-APG-CWH.

1278521v.1

requirements of Local Rules 16-3 and 16-4 for the preparation and filing of the order, and plaintiff therefore respectfully moves the court for an order extending the filing deadline from October 13, 2014 to December 12, 2014. No trial date has been set in this case and none is likely to be set for an extended period of time as reflected in the court's statements and the order from the September 12, 2014 hearing. (49) Plaintiff's and defendant's attorney have conferred about this motion and defendant does not oppose the motion or the requested extension date.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2

Plaintiff's Unopposed Motion for Extension of Time to File Joint Pretrial Order
USDC NEVADA CASE NO.: 2:12-CV-01219-APG-CWH.

1278521v.1

1  The reason for this motion and request are that the requirements for the joint pretrial order contained in Local Rules 16-3 and 16-4 require both sides to spend considerable time to draft, exchange and reach agreement on the form and content of the order and the related documents to be submitted with the proposed order. Since the court has indicated that the case will be on trailing status for an extended time, the parties seek the court's indulgence for additional time to properly prepare and submit the joint pretrial order. This should not affect the trial scheduling of the case.

Respectfully submitted.

DATED: October 8, 2014

        WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

        /s/     Stephen L. Nelson
_____

        Stephen L. Nelson
        California Bar No. 74836
        *Admitted Pro Hac Vice*

        Kym S. Cushing
        Nevada Bar No. 4242

        Attorneys for Plaintiff,
        Commerce & Industry Insurance Company

IT IS SO ORDERED:

DATED: October 10, 2014         _____
                                          UNITED STATES MAGISTRATE JUDGE

3
Plaintiff's Unopposed Motion for Extension of Time to File Joint Pretrial Order
USDC NEVADA CASE NO.: 2:12-CV-01219-APG-CWH.

1278521v.1