Kym S. Cushing
Nevada Bar No. 4242
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
300 South 4th St., 11th Floor
Las Vegas, NV 89101-6014
Tel: (702) 727-1400
Fax: (702) 727-1401
Kym.Cushing@wilsonelser.com

Stephen L. Nelson
California Bar No. 74836
*Admitted Pro Hac Vice*
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990
Fax: (415) 434-1370
Stephen.Nelson@wilsonelser.com

Attorneys for Plaintiff
COMMERCE & INDUSTRY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY,<br><br>            Plaintiff,<br>vs.<br><br>STARWOOD MANAGEMENT, LLC, et al.,<br><br>            Defendants. | CASE NO. 2:12-CV-01219-APG-CWH<br><br>**JOINT MOTION TO EXTEND THE TIME FOR FILING OF THE JOINT PRETRIAL ORDER – SECOND REQUEST**<br>**[PROPOSED ORDER]**<br><br>**DATES**:<br>Current: December 12, 2014<br>Requested: March 12, 2015 |

Plaintiff, Commerce & Industry Insurance Company, hereby moves the court for an order extending the time for the parties to file the joint pretrial order in this case. Plaintiff's motion for summary judgment (40) was heard and was denied by the court on September 12, 2014 (49). The order directed the parties to file the joint pretrial order by October 13, 2014 – 30 days following the denial of the motion. The parties need additional time to fully and properly comply with the

1
Joint Motion for Extension of Time to File Joint Pretrial Order
USDC NEVADA CASE NO.: 2:12-CV-01219-APG-CWH.

1300322v.1

1  requirements of Local Rules 16-3 and 16-4 for the preparation and filing of the order, and
2  plaintiff therefore respectfully moved the court for an order extending the filing deadline from
3  October 13, 2014 to December 12, 2014. The request was granted by the Court on October 10,
4  2014 (51). No trial date has been set in this case and none is likely to be set for an extended
5  period of time as reflected in the court's statements and the order from the September 12, 2014
6  hearing (49). Plaintiff's and defendant's attorneys have conferred about this motion and
7  defendant agrees to and joins this motion for an extension of ninety (90) days, as the parties
8  require additional time to file the joint pretrial order, as further described below.

9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

1. Therefore, the parties hereby respectfully move the court for an order extending the filing deadline of the pretrial order from December 12, 2014 to March 12, 2015. The reason for this motion and request are that the requirements for the joint pretrial order contained in Local Rules 16-3 and 16-4 require both sides to spend considerable time to draft, exchange and reach agreement on the form and content of the order and the related documents to be submitted with the proposed order. Since the court has indicated that the case will be on trailing status for an extended time, the parties seek the court's indulgence for additional time to properly prepare and submit the joint pretrial order. This should not affect the trial scheduling of the case.

Respectfully submitted.

DATED: December 1, 2014

        WILSON ELSER MOSKOWITZ EDELMAN
        & DICKER LLP

        /s/    *Stephen L. Nelson*
        _____

        Stephen L. Nelson
        Attorney for Plaintiff
        California Bar No. 74836
        *Admitted Pro Hac Vice*

        /s/    *Kym S. Cushing*
        _____

        Kym S. Cushing
        Attorney for Plaintiff
        Nevada Bar No. 4242

        /s/    *George E. Crow*
        _____

        George E. Crow
        Attorney for Defendant
        Law Office of George E. Crow
        PO Box 30
        Katy, TX 77492
        (281) 391-9275
        georgecrow@earthlink.net

///

///

*///*

                                  */s/*     Anthony J. Celeste

_____

                               Peter C. Bernhard
                               Anthony J. Celeste
                               Attorneys for Defendant
                               Kaempfer Crowell Renshaw Gronauer & Fiorentino
                               8345 W. Sunset Road, Suite 250
                               Las Vegas, NV 89113
                               (702) 792-7000
                               (702) 796-7181 (Fax)
                               pbernhard@kcnvlaw.com
                               aceleste@kcnvlaw.com


                               IT IS SO ORDERED:


DATED: __12/3/14____       _____
                               United States Magistrate Judge

4

Joint Motion for Extension of Time to File Joint Pretrial Order
USDC NEVADA CASE NO.: 2:12-CV-01219-APG-CWH.

1300322v.1