Sheri M. Thome, Esq.
Nevada Bar No. 008657
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com

William J. Katt
Wisconsin Bar No. 1001505
*Admitted Pro Hac Vice*
Mark C. Severino
Wisconsin Bar No. 1074001
*Admitted Pro Hac Vice*
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
740 N. Plankinton Ave, Ste. 600
Milwaukee, WI 53203
Tel: (414)-276-8816
Fax: (414)-276-8819
William.Katt@wilsonelser.com
Mark.Severino@wilsonelser.com

Attorneys for Plaintiff
COMMERCE & INDUSTRY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STARWOOD MANAGEMENT, LLC, et al.,<br><br>Defendants. | CASE NO. 2:12-CV-01219-APG-CWH<br><br>**REQUEST FOR LEAVE TO REMOVE ATTORNEYS REED J. WERNER AND ERICA J. KELLY FROM SERVICE LIST** |

1

763696v.1

1  Plaintiff Commerce & Industry Insurance Company, by and through its counsel of record, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby requests leave of Court to remove attorneys Reed J. Werner and Erica J. Kelly as counsel of record from the above-captioned case and the Court's docket. Mr. Werner and Ms. Kelly are no longer employees of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP and their withdrawal will not cause any delay in the action. Sheri M. Thome and William Katt will remain lead counsel of record for Plaintiff.

DATED this 12 day of March, 2015.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
SHERI M. THOME, ESQ.
Nevada Bar No. 008657
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
*Attorneys for Plaintiff Commerce & Industry Insurance Company*

**ORDER**

It is so ordered.

DATED: March 16, 2015

_____
United States Magistrate Judge

2

763696v.1

## CERTIFICATE OF SERVICE

*Commerce & Industry Insurance Company v. Starwood Management, LLC*
*USDC Nevada Case No. CV 12-01219-APG-CWH*

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 12th day of March, 2015, I electronically filed and served a true and correct copy of the foregoing **REQUEST FOR LEAVE TO REMOVE ATTORNEYS REED J. WERNER AND ERICA J. KELLY FROM SERVICE LIST** to all parties on file with the CM/ECF.

| | |
|---|---|
| Peter C. Bernhard<br>Nevada Bar No. 734<br>Anthony J. Celeste<br>Nevada Bar No. 8776<br>KAEMPFER CROWELL RENSHAW<br>GRONAUER & FIORENTINO<br>8345 West Sunset Road, Ste. 250<br>Las Vegas, Nevada 89113<br>Tel: (702) 792-7000<br>Fax: (702) 796-7181<br>pbernhard@kcnvlaw.com<br>aceleste@kcnvlaw.com<br>**Attorney for Defendant Starwood Management, LLC** | George E. Crow<br>Pro Hac Vice<br>Texas State Bar No. 05151900<br>Law Office of George E. Crow<br>P.O. Box 30<br>Katy, TX 77492-0146<br>Tel: (281) 391-9275<br>georgecrow@earthlink.net<br>**Attorney for Defendant Starwood Management, LLC** |

BY /s/ Heidi Davis
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3

763696v.1