Sheri M. Thome, Esq.
Nevada Bar No. 008657
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com

William J. Katt
Wisconsin Bar No. 1001505
*Admitted Pro Hac Vice*
Mark C. Severino
Wisconsin Bar No. 1074001
*Admitted Pro Hac Vice*
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
740 N. Plankinton Ave, Ste. 600
Milwaukee, WI 53203
Tel: (414)-276-8816
Fax: (414)-276-8819
William.Katt@wilsonelser.com
Mark.Severino@wilsonelser.com

Attorneys for Plaintiff

COMMERCE & INDUSTRY INSURANCE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>STARWOOD MANAGEMENT, LLC, et al.,<br><br>Defendants. | CASE NO. 2:12-CV-01219-APG-CWH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**ORDER** |

191258v.1

IT IS HEREBY STIPULATED and agreed by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against both parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

|  |  |
|---|---|
| /s/ Mark C. Severino<br>William J. Katt<br>Wisconsin Bar No. 1001505<br>*Admitted Pro Hac Vice*<br>Mark C. Severino<br>Wisconsin Bar No. 1074001<br>*Admitted Pro Hac Vice*<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br>740 N. Plankinton Ave, Ste. 600<br>Milwaukee, WI 53203<br>Tel: (414)-276-8816<br>Fax: (414)-276-8819<br>William.Katt@wilsonelser.com<br>Mark.Severino@wilsonelser.com | /s/ Anthony J. Celeste<br>Anthony J. Celeste<br>KAEMPFER CROWELL<br>1980 Festival Plaza Dr. Suite 650<br>Las Vegas, Nevada 89135-2958<br>Tel: (702) 792-7000<br>Fax: (702) 796-7181<br>ACeleste@kcnvlaw.com |

## ORDER

IT IS SO ORDERED.

Dated: July 24, 2015.

_____
UNITED STATES DISTRICT JUDGE

191258v.1